FILED 2019 AUG -7 PM 1:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRADLEY MICHAEL HENRY,<br><br>    Defendant. | ED CR No. 19-0287 JGB<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 1704: Unlawful Possession of a Counterfeit Postal Key; 18 U.S.C. § 1029(a)(3): Possession of Fifteen or More Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1708]

On or about February 27, 2019, in Riverside County, within the Central District of California, defendant BRADLEY MICHAEL HENRY unlawfully possessed mail and mail matter that had been stolen and taken from the United States mail, namely, approximately 325 pieces of mail and mail matter addressed to various individuals within Riverside County and elsewhere, and at that time and place, defendant HENRY knew that said mail and mail matter were stolen.

COUNT TWO

[18 U.S.C. § 1704]

On or about February 27, 2019, in Riverside County, within the Central District of California, defendant BRADLEY MICHAEL HENRY knowingly possessed with the intent to unlawfully and improperly use, sell, or otherwise dispose of, and to cause the same to be unlawfully and improperly used, sold, or otherwise disposed of, a key suited to a lock adopted and in use at the time by the United States Post Office Department and Postal Service, and to any authorized receptacle for the deposit and delivery of mail matter, namely, a counterfeit Postal Service "arrow" key.

## COUNT THREE

[18 U.S.C. § 1029(a)(3)]

On or about February 27, 2019, in Riverside County, within the Central District of California, defendant BRADLEY MICHAEL HENRY, knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately 30 credit, debit, and bank account numbers, all belonging to persons other than defendant HENRY, with said possession affecting interstate and foreign commerce.

COUNT FOUR

[18 U.S.C. § 1028A(a)(1)]

On or about February 27, 2019, in Riverside County, within the Central District of California, defendant BRADLEY MICHAEL HENRY knowingly possessed, without lawful authority, means of identification that defendant HENRY knew belonged to another person, namely, the name and driver's license number of victim J.P., during and in relation to the offense of Possession of Fifteen or More Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Three of this Indictment.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

DOUGLAS D. HANSEN
Assistant United States Attorney
Riverside Branch Office